1  MICHAEL S. CHAMBERLIN (SBN 175427)
   mchamberlin@winston.com
2  ANNETTE SALAZAR-SHREIBATI (SBN 280769)
   ashreibati@winston.com
3  MATTHEW SEIPEL (SBN 318358)
   mseipel@winston.com
4  WINSTON & STRAWN LLP
   333 S. Grand Ave.
5  Los Angeles, California 90071
   Telephone: (213) 615-1700
6  Facsimile: (213) 615-1750

7  Attorneys for Defendant
   PHILLIPS 66 COMPANY
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| TIMOTHY GREEN, individually and on behalf of all others similarly situated, | Case No. 2:18-cv-9083 |
|---|---|
| Plaintiff, | (LA County Superior Court Case No. BC 713777) |
| v. | **DEFENDANT'S CERTIFICATION AS TO INTERESTED PARTIES** |
| PHILLIPS 66 COMPANY, a Delaware Corporation, and DOES 1 through 50, | **[FRCP 7.1; LOCAL RULE 7.1-1]** |
| Defendant. | |

Pursuant to Local Rule 7.1-1, the undersigned counsel of record for Phillips 66 Company, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff, Timothy Green.
2. Defendant, Phillips 66 Company

Dated:  October 22, 2018

WINSTON & STRAWN LLP

By: /s/ *Michael S. Chamberlin*
Michael S. Chamberlin
Annette Salazar-Shreibati
Matthew Seipel
Attorneys for Defendant
PHILLIPS 66 COMPANY

DEFENDANT'S CERTIFICATION AS TO INTERESTED PARTIES

LA:338366.2