1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TIMOTHY GREEN, individually and on behalf of all others similarly situated, | CASE NO. 2:18-cv-9083-DSF (JPRx) |
|---|---|
| Plaintiffs, | **ORDER GRANTING JOINT STIPULATION TO CONTINUE RULE 26 SCHEDULING CONFERENCE FROM MARCH 4, 2019 TO MARCH 11, 2019** |
| v. | |
| PHILLIPS 66 COMPANY, a Delaware Corporation, and DOES 1-50, inclusive, | *Current Hearing Date:*<br>Date: March 4, 2019<br>Time: 11:00 a.m.<br>Courtroom: 7D |
| Defendants. | *New Hearing Date:*<br>Date: March 11, 2019<br>Time: 11:00 a.m.<br>Courtroom: 7D |

ORDER

**[PROPOSED] ORDER**

Having reviewed and considered the Joint Stipulation for Continuance of the Rule 26 Scheduling Conference (the "Stipulation") filed by Plaintiff TIMOTHY GREEN ("Plaintiff") and Defendant PHILLIPS 66 COMPANY ("Defendant") (collectively, the "Parties"), and good cause appearing for the same, the Stipulation shall be and hereby is GRANTED as follows:

1. The Rule 26 Scheduling Conference is continued from March 4, 2019 at 11:00 a.m. to March 11, 2019 at 11:00 a.m.

IT IS SO ORDERED.

DATED: February 27, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE