United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| TIMOTHY GREEN,<br><br>    Plaintiff,<br><br>v.<br><br>PHILLIPS 66 COMPANY, et al.,<br><br>    Defendants. | Case No. 19-cv-01558-LB<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 25 |

Pursuant to Civil Local Rule 3-12(c), and at the parties' request, the court refers the above-titled case to United States District Judge Richard Seeborg to consider whether the case is related to case number 3:18-cv-00292-RS.

**IT IS SO ORDERED.**

Dated: April 11, 2019

_____
LAUREL BEELER
United States Magistrate Judge

ORDER ─ No. 19-cv-01558-LB