UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN A. ROBBINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PHILLIPS 66 COMPANY,<br><br>　　　　Defendant. | Case No. 18-cv-00292-RS<br><br>**ORDER RELATING CASES** |

　　Good cause appearing, *Green v. Phillips 66 Company, et al.*, Case No. 3:19-cv-01558-LB is hereby deemed related to this action under Civil Local Rule 12 and shall be reassigned.  If any party contends the two matters should be consolidated, it shall file an appropriate motion to do so.

**IT IS SO ORDERED**.

Dated: April 16, 2019

_____
RICHARD SEEBORG
United States District Judge